# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**CHRISTOPHER JAMES,**

    Petitioner,                          Civil No. 2:06-CV-10558
                                          HONORABLE DENISE PAGE HOOD
v.                                     UNITED STATES DISTRICT JUDGE

**BLAINE LAFLER,**

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on  October 30 , 2006.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan, this 30th , day of October , 2006.

                                                                DAVID J. WEAVER
                                                                CLERK OF THE COURT

**APPROVED:**

                                                                BY: s/ DENISE PAGE HOOD
                                                                DEPUTY CLERK

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 30, 2006, by electronic and/or ordinary mail.

                                                                s/William F. Lewis
                                                                Case Manager